UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

WILLIAM H. OLIVER, JR.
2240 Highway 33 - Suite 112
Neptune, NJ  07753
732-988-1500
WO-7129
Attorney for Debtor

Order Filed on February 16, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Thomas Rondello, Jr. and Josephine Rondello

Case No.:     17-31797

Chapter:     13

Judge:     CMG

# ORDER RESPECTING REQUEST FOR EXTENSION
# OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 16, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on __November 17, 2017__ :

Property:    167 Bay Harbor Blvd, Brick, NJ  08723

Creditor:    Seterus

and a Request for

- ☑ Extension of the 90 day Loss Mitigation Period having been filed by __Attorney for Debtor__, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including __May 17, 2018__ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Thomas Hugh Rondello, Jr.  
Josephine Rondello  
    Debtors

Case No. 17-31797-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Feb 16, 2018  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2018.  
db/jdb        +Thomas Hugh Rondello, Jr.,    Josephine Rondello,    167 Bay Harbor Blvd,    Brick, NJ 08723-7914

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2018 at the address(es) listed below:

           Albert   Russo    docs@russotrustee.com  
           Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation  
           dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
           Jeanette F. Frankenberg    on behalf of Creditor    Seterus, Inc., as authorized sub-servicer for  
           Federal National Mortgage Association ('Fannie Mae'), a corporation organized and exisiting  
           under the laws of the United States of America. cmecf@sternlav.com  
           Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation  
           rsolarz@kmllawgroup.com  
           U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
           William H. Oliver, Jr.    on behalf of Debtor Thomas Hugh Rondello, Jr. bkwoliver@aol.com,  
           R59915@notify.bestcase.com  
           William H. Oliver, Jr.    on behalf of Joint Debtor Josephine   Rondello bkwoliver@aol.com,  
           R59915@notify.bestcase.com  
                                                                                                TOTAL: 7