**Stern, Lavinthal & Frankenberg, LLC**
105 Eisenhower Parkway, Suite 302
Roseland, New Jersey 07068
Telephone Number (973) 797-1100
Telecopier Number (973) 228-2679
Attorneys for Secured Creditor,
**Seterus, Inc., as authorized sub-servicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America**
By: Jeanette F. Frankenberg, Esq.
    Ashley L. Rose, Esq.

| In Re:<br><br>**Thomas Hugh Rondello, Jr.**<br><br>**Josephine Rondello**<br>                           Debtor(s) | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>TRENTON VICINAGE<br><br>Chapter 13<br><br>Case No.: **17-31797-CMG**<br><br>Hearing Date: |
|---|---|

**OBJECTION TO DEBTOR'S MOTION TO APPROVE LOAN MODIFICATION**

PLEASE TAKE NOTICE that **Seterus, Inc., as authorized sub-servicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America** ("Secured Creditor"), the holder of a mortgage on real property of the debtor(s), by and through its undersigned attorneys, hereby objects to the Motion to Approve Loan Modification on the following grounds:

1. Debtor(s) has been approved for a Trial Loan Modification, wherein Debtor must remit three consecutive payments in the amount of $1,300.80, beginning on March 1, 2018 through and including May 1, 2018. **Debtor has not yet received a permanent modification**.

2. The Motion should be denied as it is premature in nature. By the trial plan's terms, it requires three (3) timely payments *before* a final modification agreement can be generated and offered to the Debtor. Until the final modification documents have been generated and executed, a motion to approve the same is premature.

3. Given the reasons stated above, Secured Creditor respectfully asserts that the Debtors Motion to Approve Loan Modification should be denied.

I hereby certify that the foregoing statements are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

        Stern, Lavinthal & Frankenberg, LLC
        Attorneys for the Secured Creditor,
        **Seterus, Inc., as authorized sub-servicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America**
        /s/ Jeanette F. Frankenberg, Esq.
           Jeanette F. Frankenberg, Esq.

Dated: March 5, 2018

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| | Case No.: _____ |
| | Chapter: _____ |
| In Re: | Adv. No.: _____ |
| | Hearing Date: _____ |
| | Judge: _____ |

## CERTIFICATION OF SERVICE

1. I, _____ :

    ☐ represent _____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _____        _____
                                                                                Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |