| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Stern Lavinthal & Frankenberg LLC<br>105 Eisenhower Parkway - Suite 302<br>Roseland, NJ  07068<br>Telephone Number (973) 797-1100<br>Facsimile Number (973) 228-2679<br>Attorneys for Secured Creditor,<br>Seterus, Inc., as authorized sub-servicer for<br>Federal National Mortgage Association ('Fannie Mae'), a corporation organized and existing under the laws of the United States of America.<br>By: Jeanette F. Frankenberg, Esq. | **Order Filed on June 21, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>    Thomas Hugh Rondello, Jr.<br><br>    Josephine Rondello<br><br>        Debtor(s) | Case No.: 17-31797-CMG<br>Chapter: 13<br>Hearing Date: June 20, 2018<br>Judge: Christine M. Gravelle U.S.B.J. |

### ORDER VACATING AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2), is hereby **ORDERED**.

**DATED: June 21, 2018**

*Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)
Debtor: Thomas Hugh Rondello, Jr. and Josephine Rondello
Case No.:17-31797-CMG
Caption of Order: **Order Vacating Automatic Stay**

Upon the Motion of Seterus, Inc., as authorized sub-servicer for Federal National Mortgage Association ('Fannie Mae'), a corporation organized and existing under the laws of the United States of America., on behalf of itself and its successors and/or assigns (hereinafter collectively "Secured Creditor" and/or Movant), under Bankruptcy Code Section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown,

ORDERED as follows:

1. The automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the movant its successors and/or assigns to institute or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to foreclose mortgage(s) held by the movant upon the following:

- Land and premises commonly known as **167 Bay Harbor Blvd, Brick, NJ  08723**

2. The movant may join the debtor and any trustee appointed in this case as defendants in its foreclosure action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this Order on the debtor, any trustee and other party who entered an appearance on the motion.

```
Movant may pursue any and all loss mitigation options with respect to the Debtor(s)
or the real property described above, including but not limited to repayment
agreement, loan modification, short sale or deed-in-lieu of foreclosure
```