UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

WILLIAM H. OLIVER, JR.
2240 Highway 33
Suite 112
Neptune, New Jersey 07753
732-988-1500
Attorney for Debtor(s)
WO-7129

**Order Filed on June 29, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

THOMAS HUGH RONDELLO, JR.
JOSEPHINE RONDELLO

Case No.:  17-31797

Chapter:  13

Judge:  CMG

# ORDER SHORTENING TIME PERIOD FOR NOTICE,
## SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: June 29, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

After review of the application of _____William H. Oliver, Jr._____ for the reduction of time for a hearing on __Motion to Reinstate Automatic Stay_____

_____under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____July 18, 2018_____ at __09:00 am__ in the United States Bankruptcy Court, _____402 East State Street Trenton NJ  08608_____, Courtroom No. __3__.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:
Trustee and secured creditors
_____

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☒ overnight mail,  ☐ regular mail,  ☒ email,  ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
unsecured creditors
_____

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☒ regular mail,  ☐ email,  ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to __Trustee and secured creditors_____

☒ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing.

8.  ☒ Court appearances are required to prosecute the motion/application and any objections.

☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*

United States Bankruptcy Court
District of New Jersey

In re:  
Thomas Hugh Rondello, Jr.  
Josephine Rondello  
    Debtors

Case No. 17-31797-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Jun 29, 2018  
                       Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2018.  
db/jdb      +Thomas Hugh Rondello, Jr.,    Josephine Rondello,    167 Bay Harbor Blvd,    Brick, NJ 08723-7914

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2018      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2018 at the address(es) listed below:  
       Albert   Russo     docs@russotrustee.com  
       Denise E. Carlon     on behalf of Creditor    Toyota Motor Credit Corporation  
        dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
       Jeanette F. Frankenberg     on behalf of Creditor    Seterus, Inc., as authorized sub-servicer for Federal National Mortgage Association ('Fannie Mae'), a corporation organized and exisiting under the laws of the United States of America. cmecf@sternlav.com  
       Rebecca Ann Solarz     on behalf of Creditor    Toyota Motor Credit Corporation rsolarz@kmllawgroup.com  
       U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
       William H. Oliver, Jr.     on behalf of Debtor Thomas Hugh Rondello, Jr. bkwoliver@aol.com, R59915@notify.bestcase.com  
       William H. Oliver, Jr.     on behalf of Joint Debtor Josephine   Rondello bkwoliver@aol.com, R59915@notify.bestcase.com  
                                                                TOTAL: 7