UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on July 20, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Thomas Hugh Rondello, Jr.
Josephine Rondello

Case No.: 17-31797-CMG

Hearing Date: 7/18/18

Judge: Christine M. Gravelle

Chapter: 7

Recommended Local Form:  ☒ Followed  ☐ Modified

# ORDER DENYING MOTION OR
# APPLICATION FOR THE ENTRY OF AN ORDER
To Reinstate Stay as to Creditor, Seterus, Inc.

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 20, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

A motion or application having been filed on _____June 29_____, 20 _18_ by William H. Oliver, Jr, Attorney for the debtor _____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*