UNITED STATES BANKRUPTCY
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

William H. Oliver, Jr., Esq.
2240 State Highway 33, Suite 112, PO Box 667
Neptune, NJ  07753
bkwoliver@aol.com
732-988-1500/Fax 732-775-7404

**Order Filed on July 23, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

THOMAS HUGH RONDELLO, JR. and JOSEPHINE RONDELLO,

Debtors

Case No.: 17-31797

Chapter: 13

Hearing Date: 7/18/18 @ 12:00 pm

Judge: CMG

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through __2__ is hereby **ORDERED**.

**DATED: July 23, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____William H. Oliver, Jr._____, the applicant, is allowed a fee of $ _____1,000_____ for services rendered and expenses in the amount of $_____31_____ for a total of $_____1,031_____ . The allowance shall be payable:

- ☑  through the Chapter 13 plan as an administrative priority.
- ☐  outside the plan.

The debtor's monthly plan is modified to require a payment of $_____440_____ per month for ___51___ months to allow for payment of the aforesaid fee.

United States Bankruptcy Court
District of New Jersey

In re:  
Thomas Hugh Rondello, Jr.  
Josephine Rondello  
    Debtors

Case No. 17-31797-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jul 23, 2018  
                        Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2018.  
db/jdb        +Thomas Hugh Rondello, Jr.,    Josephine Rondello,    167 Bay Harbor Blvd,    Brick, NJ 08723-7914

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                               TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2018                                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2018 at the address(es) listed below:  
          Albert    Russo     docs@russotrustee.com  
          Denise E. Carlon     on behalf of Creditor    Toyota Motor Credit Corporation  
           dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
          Jeanette F. Frankenberg     on behalf of Creditor    Seterus, Inc., as authorized sub-servicer for  
           Federal National Mortgage Association ('Fannie Mae'), a corporation organized and exisiting  
           under the laws of the United States of America. cmecf@sternlav.com  
          Rebecca Ann Solarz     on behalf of Creditor    Toyota Motor Credit Corporation  
           rsolarz@kmllawgroup.com  
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
          William H. Oliver, Jr.     on behalf of Debtor Thomas Hugh Rondello, Jr. bkwoliver@aol.com,  
           R59915@notify.bestcase.com  
          William H. Oliver, Jr.     on behalf of Joint Debtor Josephine   Rondello bkwoliver@aol.com,  
           R59915@notify.bestcase.com  
                                                                                                    TOTAL: 7