Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                                Case No.: 17−31797−CMG
                                Chapter: 13
                                Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Thomas Hugh Rondello Jr. | Josephine Rondello |
| 167 Bay Harbor Blvd | 167 Bay Harbor Blvd |
| Brick, NJ 08723 | Brick, NJ 08723 |

Social Security No.:
  xxx−xx−7106                                     xxx−xx−9691

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on August 8, 2018.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: August 8, 2018
JAN: bwj

                                                                      Jeanne Naughton
                                                                      Clerk

```
                            United States Bankruptcy Court
                                  District of New Jersey
In re:                                                                     Case No. 17-31797-CMG
Thomas Hugh Rondello, Jr.
Josephine Rondello                                                         Chapter 13
         Debtors
                                    CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                  Page 1 of 2                  Date Rcvd: Aug 08, 2018
                               Form ID: 148                 Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 10, 2018.
db/jdb         +Thomas Hugh Rondello, Jr.,    Josephine Rondello,    167 Bay Harbor Blvd,    Brick, NJ 08723-7914
lm             +SETERUS, INC.,    PO Box 11790,    2240 Highway 33 Suite 112,    Newark, NJ 07753-6121
cr             +Seterus, Inc., as authorized sub-servicer for Fede,     Stern, Lavinthal & Frankenberg, LLC,
                 105 Eisenhower Parkway,    Suite 302,    Roseland, NJ 07068-1640
517145399      +Capital One Bank,    c/o Lyons, Doughty & Veldhuis, P.C.,    P. O. Box 1269,
                 Mount Laurel, NJ 08054-7269
517267872       JPMorgan Chase Bank, N.A.,    c/o Five Lakes Agency, Inc.,    P.O. Box 80730,
                 Rochester, MI  48308-0730
517145405      +Ocean Medical Center,    P.O. Box 416801,    Boston, MA 02241-6801
517145404      +Ocean Medical Center,    c/o Commonwealth Financial Systems,    245 Main Street,
                 Dickson City, PA 18519-1641
517158073      +Performant Recovery Inc,    POB 9045,    Pleasanton, CA 94566-9028
517291249     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,     Department of Treasury,
                 Division of Taxation,    P.O. Box 245,    Trenton, NJ 08695-0245)
517145409       Seterus Inc,    PO Box 11790,    Newark, NJ 07101-4790
517145408      +Seterus Inc,    c/o Stern Lavinthal & Frankenberg, LLC,    105 Eisenhower Parkway, Suite 302,
                 Roseland, NJ 07068-1640
517374263      +Seterus, Inc., as servicer for FNMA,    P.O. Box 1047,    Hartford, CT 06143-1047
517145410      +State of New Jersey,    Division of Taxation,    PO Box 245,    Trenton, NJ 08602-0245
517145411      +The Doctors' Office,    484 Temple Hill Road, Suite 104,    New Windsor, NY 12553-5529
517222288      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 08 2018 23:34:15     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 08 2018 23:34:12     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517145396      +EDI: AMEREXPR.COM Aug 09 2018 03:08:00     Amex,    Correspondence,    Po Box 981540,
                 El Paso, TX 79998-1540
517145397      +EDI: CAPITALONE.COM Aug 09 2018 03:08:00     Capital One,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
517235373       EDI: CAPITALONE.COM Aug 09 2018 03:08:00     Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
517145400      +EDI: CHASE.COM Aug 09 2018 03:08:00     Chase,    Attn: Correspondence Dept,    Po Box 15298,
                 Wilmingotn, DE 19850-5298
517145401      +EDI: CHASE.COM Aug 09 2018 03:08:00     Chase Bank Usa, Na,    Po Box 15298,
                 Wilmington, DE 19850-5298
517145402       EDI: IRS.COM Aug 09 2018 03:08:00     Internal Service Revenue,    PO Box 7346,
                 Philadelphia, PA 19101-7346
517145403      +EDI: TFSR.COM Aug 09 2018 03:08:00     Lexus Financial Services,    P.O. Box 5236,
                 Carol Stream, IL 60197-5236
517203176       EDI: AGFINANCE.COM Aug 09 2018 03:08:00     ONEMAIN,    P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
517145406      +EDI: AGFINANCE.COM Aug 09 2018 03:08:00     One Main,    PO box 1010,
                 Evansville, IN 47706-1010
517145407      +EDI: AGFINANCE.COM Aug 09 2018 03:08:00     Onemain Financial/Citifinancial,
                 6801 Colwell Blvd,    Ntsb-2320,    Irving, TX 75039-3198
517614055       EDI: PRA.COM Aug 09 2018 03:08:00     Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk, VA 23541
517614056       EDI: PRA.COM Aug 09 2018 03:08:00     Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk, VA 23541,    Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
517251708       EDI: PRA.COM Aug 09 2018 03:08:00     Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank, N.a.,    POB 41067,    Norfolk VA 23541
517244889      +EDI: AIS.COM Aug 09 2018 03:08:00     Verizon,    by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 16

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517145398*      Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
                                                                                            TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-3           User: admin              Page 2 of 2             Date Rcvd: Aug 08, 2018
                               Form ID: 148             Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 8, 2018 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Jeanette F. Frankenberg    on behalf of Creditor   Seterus, Inc., as authorized sub-servicer for
               Federal National Mortgage Association ('Fannie Mae'), a corporation organized and exisiting
               under the laws of the United States of America. cmecf@sternlav.com
              Rebecca Ann Solarz    on behalf of Creditor   Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.   on behalf of Debtor Thomas Hugh Rondello, Jr. bkwoliver@aol.com,
               R59915@notify.bestcase.com
              William H. Oliver, Jr.   on behalf of Joint Debtor Josephine  Rondello bkwoliver@aol.com,
               R59915@notify.bestcase.com
                                                                                             TOTAL: 7
```