Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.: 17−31797−CMG
                Chapter: 13
                Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Thomas Hugh Rondello Jr. | Josephine Rondello |
| 167 Bay Harbor Blvd | 167 Bay Harbor Blvd |
| Brick, NJ 08723 | Brick, NJ 08723 |

Social Security No.:
  xxx−xx−7106                                 xxx−xx−9691

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: December 11, 2018                 Christine M. Gravelle
                                                Judge, United States Bankruptcy Court